UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TALLON HODGES,

        Plaintiff,

   v.

BILL KUNKEL, M.D. and DR.
NAVARRO, M.D.,

        Defendants.

Case No. C09-5624BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 32). The Court having considered the Report and Recommendation and the remaining record, and no objections by Plaintiff having been filed, does hereby find and order:

    (1)    The Court **ADOPTS** the Report and Recommendation;

    (2)    Defendants' motion for summary judgment is **GRANTED**; and

    (3)    Plaintiff's claims against Dr. Kunkel are **DISMISSED with prejudice.**

    DATED this 16th day of December 2010.

                                        _____
                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER