# United States District Court

WESTERN DISTRICT OF WASHINGTON

TALLON HODGES

v.

BILL KUNKEL, MD., et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C09-5624BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court **ADOPTS** the Report and Recommendation;

Defendants' motion for summary judgment is **GRANTED**; and

Plaintiff's claims against Defendants are **DISMISSED without prejudice,** except as to Dr. Kunkel, against whom the claims are **DISMISSED with prejudice.**

|  |  |
|---|---|
| December 22, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |